IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. LUCILLE PETERSON HOLEN, RICHARD DEAN HOLEN, and ROOSEVELT COUNTY, a political subdivision of the State of Montana, Defendants. | CV 19-11-GF-BMM ORDER |

Upon the filing of the status report, by the United States and good cause appearing,

IT IS ORDERED that the United States will file with this honorable court on or before September 15, 2022, a status report advising what the status is on the above-captioned case.

DATED this 24th day of May 2022.

_____
Brian Morris, Chief District Judge
United State District Court