IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CV-19-11-GF-BMM |
| Plaintiffs, | **ORDER** |
| v. | |
| LUCILLE PETERSON HOLEN, et al., | |
| Defendants. | |

Upon the Stipulation for Dismissal, (Doc. 31) and with good cause shown, IT IS HEREBY ORDERED that this case is DISMISSED with each party to bear their own fees and costs.

DATED this 14th day of December, 2022.

_____
Brian Morris, Chief District Judge
United States District Court